# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 969 |
|--------|---|---------|
| | : | |
| REAPPOINTMENT TO JUDICIAL CONDUCT BOARD | : | SUPREME COURT RULES DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2023, Marie Conley, Dauphin County, is hereby reappointed as a member of the Judicial Conduct Board for a term commencing January 20, 2024, and ending June 13, 2027.